UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY O'BRIEN, | No. 2:24-cv-2963 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. MORAN, | |
| Defendant. | |

On April 9, 2025, the court recommended that this action be dismissed for plaintiff's failure to file an amended complaint. Plaintiff has informed the court that he never received a copy of the court's order dismissing his complaint with leave to amend. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's April 9, 2025, findings and recommendations are vacated;

2. The Clerk of the Court shall re-serve the court's February 27, 2025, screening order (ECF No. 7) upon plaintiff; and

3. Plaintiff is granted thirty days to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be

/////

/////

1

1 labeled "Amended Complaint." Failure to file an amended complaint in accordance with this
2 order will result in a recommendation that this action be dismissed.
3 Dated: May 2, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
obri2963.lta

2