# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KORY O'BRIEN,

Plaintiff,

v.

M. MORAN,

Defendant.

Case No. 2:24-cv-02963-DAD-CKD (PC)

ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE KORY O'BRIEN, CDCR #AM-1378

(ECF No. 28)

A settlement conference in this matter was held on November 16, 2026. Inmate Kory O'Brien, CDCR #AM-1378, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE